

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-58,732-02

### EX PARTE MANUEL CAMPOS JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 30774-B IN THE 18TH DISTRICT COURT
### FROM JOHNSON COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count aggravated assault and sentenced to forty years' imprisonment. He was also convicted of six counts of aggravated robbery and was sentenced to forty years' imprisonment in each of those counts. All the sentences are being served concurrently.

Applicant contends that the forty-year sentence for aggravated assault is unlawful because the offense of conviction is a second-degree felony, which is punishable by two to twenty years in

prison. The State agrees that the forty-year sentence is not authorized by law and requests that relief be granted. The habeas record supports Applicant's habeas claim and the State's request.

Relief is granted. The forty-year sentence imposed in Cause No. 30774, Count Seven, in the 18th District Court of Johnson County is set aside, and Applicant is remanded to the custody of the Sheriff of Johnson County so that the trial court may conduct a punishment hearing as to Count Seven of the information (indictment was waived). Counts One through Six remain unaltered. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 21, 2018
Do not publish